**IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO**

| IN RE: | YURIEL ESTEBAN CROS VAZQUEZ<br>BETZABE MONTEJOS REYES | Bkrtcy. No. 07-07062-SEK<br>Chapter 13 |
|---|---|---|

**STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION**

Petition Filing Date: Nov 30, 2007  Meeting Date: Jan 14, 2008  DC Track No. 2

Days from petition date: 45  Meeting Time: 8:00 AM

910 Days before Petition: 6/3/2005  ☐ Chapter 13 Plan Date: Dec 17, 2007  ☐ Amended.

This is debtor(s) 1st Bankruptcy petition.  Plan Base: $56,100.00

This is the 1st Scheduled Meeting  Confirmation Hearing Date: Feb 26, 2008  Time: 8:30 AM

Payment(s) ☐ Received or ☑ Evidence shown at meeting:  Ck/MO No. USPS  Date 12-22-07  Amount $935.00  Total Paid In: $0.00

**I. Appearances:** ☐ Telephone ☐ Video Conference  ☑ Creditor(s) present: ☐ None.
- ☑ Debtor Present   ☑ ID & Soc. OK   ☐ Debtor Absent
- ☑ Joint Debtor Present   ☑ ID & Soc. OK   ☐ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined  ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present  ☐ Not Present
- ☐ Substitute attorney:  ☐ Pro-se.

Creditors present: Hacienda, First Bank, Money Express, Banco Popular

**II. Attorneys Fees as per R 2016(b) Statement**  Attorney of record: **MARILYN VALDES ORTEGA***
Total Agreed: $3,000.00  Paid Pre-Petition: $200.00  Outstanding: $2,800.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under  ☑ Above Median Income.  Liquidation Value: 0
- Commitment Period is ☐ 36  ☑ 60 months. [§1325(b)(1)(B)]  Gen. Unsecured Pool: $11,508.60
- The Trustee ☐ RECOMMENDS  ☑ OBJECTS  Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED
- §341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)]  ☑ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
1) Plan pays $4493.00 to Unsecured.
2) [illegible]

Trustee / Presiding Officer  Page 1 of 1  Date: Jan 14, 2008