# United States Bankruptcy Court
## District of Puerto Rico

IN RE:

**CROS VAZQUEZ, YURIEL ESTEBAN & MONTEJOS REYES, BETZABE**
Debtor(s)

Case No. **07-07062 SEK**

Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☒ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☒ AMENDED PLAN DATED: **2/15/2008**
Filed by: ☐ Debtor ☐ Trustee ☒ Other

### I. PAYMENT PLAN SCHEDULE

$ **935.00** x **12** = $ **11,220.00**
$ **1,100.00** x **24** = $ **26,400.00**
$ **1,150.00** x **24** = $ **27,600.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **65,220.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **65,220.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,800.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☒ Trustee pays IN FULL Secured Claims:
Cr. **BBVA BANCO** Cr. **FIRST BANK PUERT** Cr. _____
# **9610610310** # _____ # _____
$ **22,623.16** $ **21,096.03** $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Signed: _____
Debtor

_____
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices** _____ Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Cr | # | $ |
|---|---|---|---|
| Executory Contracts - Assumed: | ELENA SOMEILLON | | |

IN RE CROS VAZQUEZ, YURIEL ESTEBAN & MONTEJOS REYES, BETZABE    Case No. 07-07062 SEK
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

ADEQUATE PROTECTION PAYMENT TO FIRST BANK UNTIL CONFIRMATION $100.00 TO BE PAID BY TRUSTEE MONTHLY.

AFTER CONFIRMATION TRUSTEE TO PAY EQUAL MONTHLY PAYMENT TO FIRST BANK OF $408.00 MONTHS ( 4 - 55 )

ADEQUATE PROTECTION PAYMENT TO BBVA UNTIL CONFIRMATION $100.00 TO BE PAID BY TRUSTEE MONTHLY.

AFTER CONFIRMATION TRUSTEE TO PAY EQUAL MONTHLY PAYMENT TO BBVA OF $ 437.00 MONTHS ( 4 - 55 )

DEBTORS CONSENT TO LIFT OF STAY AUTO TO BBVA ( LOAN #9607562262) IN POSESSION OF THIRD PARTY

FIRST BANK: PO BOX 13817 SAN JUAN, PR 00908-3817

BBVA: PO BOX 364745 SAN JUAN, PR 00936-4745

INSURANCE TO FIRST BANK AND BBVA THROUGH UNIVERSAL AT END OF SALES CONTRACT. TRUSTEE TO PAY AT THE TIME THE INSURANCE IS IN EFECT APROX AMOUUNT OF $100.00 FOR EACH.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

YURIEL ESTEBAN CROS VAZQUEZ
BETZABE MONTEJOS REYES

Debtor(s)

CASE NUM.: 07-07062 SEK

CHAPTER 13 (ASSET CASE)

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, AMENDED PLAN Dated 02/15/2008.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 19 TH day of February, 2008.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
Valdeslaw@prtc.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 07-07062-SEK13<br>District of Puerto Rico<br>Old San Juan<br>Mon Jan 14 10:45:52 AST 2008 | BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO<br>C/O ANGEL VAZQUEZ BAUZA, ESQ<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 | RECOVERY MANAGEMENT SYSTEMS CORP<br>RAMESH SINGH<br>25 S E 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AES/ USEFG ELT BONY<br>1200 N 7TH ST<br>HARRISBURG, PA 17102-1419 | AES/PHEAA<br>P.O.Box 8183<br>Harrisburg,PA 17105-8183 |
| AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101-1270 | BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | BBVA BANCO<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | CITIFINANCIAL<br>1008 AVE AMERICO MIRANDA<br>REPARTO METROPOLITANO SC SUITE 24<br>RIO PIEDRAS, PR 00921-2800 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902-4140 | DEPARTAMENTO DEL TRABAJO<br>AVE. MU?OZ RIVERA 505<br>HATO REY, PR 00918-3352 | ELENA SOMEILLON GONZALEZ<br>URB. EL PILAR<br>CALLE SAN THOMAS B-13<br>SAN JUAN, PR 00926 |
| FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | FIRST BANK<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | FIRST BANK PUERTO RICO<br>C/O FIA CARD SERVICES<br>PO BOX 15726<br>WILMINGTON, DE 19886-5726 |
| FIRST BANK PUERTO RICO<br>P.O. BOX 13817<br>SAN JUAN, PR 00908-3800 | FIRST STUDENT AID PROGRAM<br>PO BOX 4223<br>IOHWA CITY, IA 52244-4223 | HSBC/ COSTCO<br>PO BOX 15521<br>WILMINGTON, DE 19850-5521 |
| Household Bank (SB), N.A.<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | MONEY EXPRESS<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | MONEY EXPRESS<br>PO BOX 11890<br>SAN JUAN, PR 00922-1890 |
| NELNET FOR RHODE ISLAND HIGHER<br>EDUCATION ASSISTANCE AUTHORITY<br>560 JEFFERSON BLVD<br>WARWICK RI 02886-1371 | NELNET LOANS<br>PO BOX 17460<br>DENVER, CO 80217-0460 | RHODE ISLAND STUDENT LOAN<br>560 JEFFERSON BV<br>WARWICK, RI 02886-1371 |
| SEA WORLD<br>PO BOX 361986<br>SAN JUAN, PR 00936-1986 | US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICES<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 | BETZABE MONTEJOS REYES<br>1604 CALLE INDO<br>URB EL CEREZAL<br>SAN JUAN, PR 00926-3031 |

| | | |
|---|---|---|
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |
| YURIEL ESTEBAN CROS VAZQUEZ<br>1604 CALLE INDO<br>URB EL CEREZAL<br>SAN JUAN, PR 00926-3031 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CROS VAZQUEZ YURIEL ESTEBAN
MONTEJOS REYES BETZABE
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

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34