IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 07-07062 SEK

YURIEL ESTEBAN CROS VAZQUEZ

Chapter 13

BETZABE MONTEJOS REYES

XXX-XX-7031

XXX-XX-9255

FILED & ENTERED ON 09/29/2010

Debtor(s)

ORDER

We order the Debtors to file a reply to the Trustee's unfavorable recommendation of their proposed Post Confirmation Plan dated 9/13/10 as soon as possible. We note there has been no objection to Debtors' request for authorization to use the balance of the insurance proceeds to purchase a new vehicle, as per docket #43, which we approve.

SO ORDERED.

In San Juan, Puerto Rico, this September 29, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTORS
MARILYN VALDES ORTEGA
JOSE RAMON CARRION MORALES