IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

YURIEL ESTEBAN CROS VAZQUEZ
BETZABE MONTEJOS REYES
                    DEBTOR(S)

CASE NUMBER: 07-07062 (SEK)

CHAPTER 13 ASSET CASE)

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

   **a. In order to comply with the disbursement schedules as well as the providing for surrender of secured property debt to First Bank.**

3. Debtor (s) amend plan call twelve (12) payments of $935.00, fifteen (15) payments of $1,100.00, one (1) payment of $800.00, one (1) payment of $1,000.00, two (2) payment of $0.00, nine (9) payments of $900.00 and twenty (20) payments of $1,025.00 for a total base of $58,120.00.00 dollars with a provision for the payment to paid in full to BBVA, account ending number-0310 and surrender collateral to First Bank.

4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

## NOTICE

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 15th day of October, 2010.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

/s/ Marilyn Valdes Ortega
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                     Case No. **07-07062 SEK**

**CROS VAZQUEZ, YURIEL ESTEBAN & MONTEJOS REYES, BETZABE**     Chapter **13**

Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **10/15/2010**
☐ PRE ☐ POST-CONFIRMATION             Filed by: ☐ Debtor ☐ Trustee ☑ Other

### I. PAYMENT PLAN SCHEDULE

$ 935.00 x 12 = $ 11,220.00
$ 1,100.00 x 15 = $ 16,500.00
$ 800.00 x 1 = $ 800.00
$ 1,000.00 x 1 = $ 1,000.00
$ 0.00 x 2 = $ 0.00
$ 900 x 9 = 8,100.00
$ 1,025 x 20 = 20,500

Additional Payments: TOTAL = $58,120.00
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

**PROPOSED BASE: $ 58,120.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ YURIEL ESTEBAN CROS VAZQUEZ**
         Debtor

         **/s/ BETZABE MONTEJOS REYES**
         Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**      Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
#             #             #
$             $             $
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA BANCO**      Cr. _____ Cr. _____
# **9610610310**         #             #
$     **22,623.16**     $             $
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
#             #             #
$             $             $
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**FIRST BANK PUERT**
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
#             #             #
$             $             $
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|

**Executory Contracts - Assumed:** ELENA SOMEILLON

IN RE CROS VAZQUEZ, YURIEL ESTEBAN & MONTEJOS REYES, BETZABE    Case No. 07-07062 SEK
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

DEBTOR SURRENDERED COLATERAL TO FIRST BANK.

ADEQUATE PROTECTION PAYMENT TO BBVA UNTIL CONFIRMATION $100.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO BBVA AT MATURITY OF SALES CONTRACT THROUGH TRIPLE S NOW EASTERN AMERICAN IN THE APROXIMATE AMOUNT OF $500.00

DEBTORS CONSENT TO LIFT OF STAY AUTO TO BBVA ( LOAN #9607562262) IN POSESSION OF THIRD PARTY

FIRST BANK: PO BOX 13817 SAN JUAN, PR 00908-3817

BBVA: PO BOX 364745 SAN JUAN, PR 00936-4745

PRIOR TO SURRENDER THE VEHICLE TO FIRST BANK, THE TRUSTEE PAID THE SECURED AMOUNT OF $14,012.87.

ANY POST PETITION TAX REFUNDS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| CROS VAZQUEZ, YURIEL ESTEBAN<br>1604 CALLE INDO<br>URB EL CEREZAL<br>SAN JUAN, PR 00926 | DEPARTAMENTO DEL TRABAJO<br>AVE. MUÑOZ RIVERA 505<br>HATO REY, PR 00918 | SEA WORLD<br>PO BOX 361986<br>SAN JUAN, PR 00936-1986 |
| MONTEJOS REYES, BETZABE<br>1604 CALLE INDO<br>URB. EL CEREZAL<br>SAN JUAN, PR 00926 | ELENA SOMEILLON GONZALEZ<br>URB. EL PILAR<br>CALLE SAN THOMAS B-13<br>SAN JUAN, PR 00926 | US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICES<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 |
| Marilyn Valdes Ortega Law Offices<br>PO BOX 19596<br>SAN JUAN, PR 00919-5596 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | |
| AES/ USEFG ELT BONY<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | FIRST BANK PUERTO RICO<br>P.O. BOX 13817<br>SAN JUAN, PR 00908-3817 | |
| AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101-1270 | FIRST BANK PUERTO RICO<br>C/O FIA CARD SERVICES<br>PO BOX 15726<br>WILMINGTON, DE 19886-5726 | |
| BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 | FIRST STUDENT AID PROGRAM<br>PO BOX 4223<br>IOHWA CITY, IA 52244 | |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | HSBC/ COSTCO<br>PO BOX 15521<br>WILMINGTON, DE 19805 | |
| BBVA BANCO<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | MONEY EXPRESS<br>PO BOX 11890<br>SAN JUAN, PR 00922-1890 | |
| CITIFINANCIAL<br>1008 AVE AMERICO MIRANDA<br>REPARTO METROPOLITANO SC SUITE 24<br>RIO PIEDRAS, PR 00921-2800 | NELNET LOANS<br>PO BOX 17460<br>DENVER, CO 80217 | |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902 | RHODE ISLAND STUDENT LOAN<br>560 JEFFERSON BV<br>WARWICK, RI 02886 | |