IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

YURIEL ESTEBAN CROS VAZQUEZ
BETZABE MONTEJOS REYES
              DEBTOR(S)

CASE NUMBER: 07-07062 (SEK)

CHAPTER 13 ASSET CASE)

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

    **COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

    1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

    2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

    **a. In order to comply with the disbursement schedules as well as the providing for surrender of secured property debt to First Bank.**

    3. Debtor (s) amend plan call one (1) payment of $0.00, five (5) payments of $935.00, one (1) payment of $1,870.00, four (4) payments of $935.00, one (1) payment of $0.00, one (1) payment of $2,035.00, one (1) payment of $0.00, two (2) payment of $1,100.00, one (1) payment of $2,200.00, one (1) payment of $0.00, six (6) payment of $1,100.00, one (1) payment of 0.00, two (2) payment of $1,100.00, one (1) payment of $800.00, one (1) payment of $1,100.00, one (1) payment of $1,000.00, one (1) payment of $2,200.00, two (2) payment of $0.00, two (2) payments of $700.00, one (1) payment of $1,600.00, one (1) payment of $600.00 and twenty three (23) payments of $1,050.00 for a total base of $58,370.00.00 dollars with a provision for the payment to paid in full to BBVA, account ending number-0310 and surrender collateral to First Bank.

    4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules.

YURIEL ESTEBAN CROS VAZQUEZ
BETZABE MONTEJOS REYES
CASE NO.; 07-07062 SEK
Page 2
DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE


**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

### NOTICE

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 23 day of December 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrión, Esq.,** US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:

CROS VAZQUEZ, YURIEL ESTEBAN & MONTEJOS REYES, BETZABE
Debtor(s)

Case No. **07-07062 SEK**

Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: ____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 12/23/2010
Filed by: ☐ Debtor ☐ Trustee ☑ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ 0.00 | x | 1 | = $ | 0.00 |
| $ 935.00 | x | 5 | = $ | 4,675.00 |
| $ 1,870.00 | x | 1 | = $ | 1,870.00 |
| $ 935.00 | x | 4 | = $ | 3,740.00 |
| $ 0.00 | x | 1 | = $ | 0.00 |
| SEE NEXT PAGE | | | = | $48,085.00 |
| | | TOTAL: | $ | 58,370.00 |

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **58,370.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

ADDITIONAL FEES: $350.00
BALANCE:        $3,150.00

Signed: /s/ YURIEL ESTEBAN CROS VAZQUEZ
Debtor

/s/ BETZABE MONTEJOS REYES
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**

Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA BANCO** Cr. _____ Cr. _____
# **9610610310** # _____ # _____
$ **22,623.16** $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**FIRST BANK PUERT**

5. ☐ Other: _____

6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

IN RE CROS VAZQUEZ, YURIEL ESTEBAN & MONTEJOS REYES, BETZABE    Case No. 07-07062 SEK
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|

**Executory Contracts - Assumed:**    ELENA SOMEILLON

```
PAYMENT PLAN SCHEDULES CONT.
 1 X 2,035.00 = $ 2,035.00
 1 X     0.00 = $     0.00
 2 X 1,100.00 = $ 2,200.00
 1 X 2,200.00 = $ 2,200.00
 1 X     0.00 = $     0.00
 6 X 1,100.00 = $ 6,600.00
 1 X     0.00 = $     0.00
 2 X 1,100.00 = $ 2,200.00
 1 X   800.00 = $   800.00
 1 X 1,100.00 = $ 1,100.00
 1 X 1,000.00 = $ 1,000.00
 1 X 2,200.00 = $ 2,200.00
 2 X     0.00 = $     0.00
 2 X   700.00 = $ 1,400.00
 1 X 1,600.00 = $ 1,600.00
 1 X   600.00 = $   600.00
23 X 1,050.00 = $24,150.00
-----------------------------
TOTAL:        = $48,085.00
```

IN RE CROS VAZQUEZ, YURIEL ESTEBAN & MONTEJOS REYES, BETZABE    Case No. 07-07062 SEK
Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

DEBTOR SURRENDERED COLATERAL TO FIRST BANK.

ADEQUATE PROTECTION PAYMENT TO BBVA UNTIL CONFIRMATION $100.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO BBVA AT MATURITY OF SALES CONTRACT THROUGH TRIPLE S NOW EASTERN AMERICAN IN THE APROXIMATE AMOUNT OF $500.00

DEBTORS CONSENT TO LIFT OF STAY AUTO TO BBVA ( LOAN #9607562262) IN POSESSION OF THIRD PARTY

FIRST BANK: PO BOX 13817 SAN JUAN, PR 00908-3817

BBVA: PO BOX 364745 SAN JUAN, PR 00936-4745

PRIOR TO SURRENDER THE VEHICLE TO FIRST BANK, THE TRUSTEE PAID THE SECURED AMOUNT OF $14,012.87.

ANY POST PETITION TAX REFUNDS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION.

| | | |
|---|---|---|
| CROS VAZQUEZ YURIEL ESTEBAN<br>1604 CALLE INDO<br>URB EL CEREZAL<br>SAN JUAN PR 00926 | DEPARTAMENTO DEL TRABAJO<br>AVE MUÑOZ RIVERA 505<br>HATO REY PR 00918 | SEA WORLD<br>PO BOX 361986<br>SAN JUAN PR 00936-1986 |
| MONTEJOS REYES BETZABE<br>1604 CALLE INDO<br>URB EL CEREZAL<br>SAN JUAN PR 00926 | ELENA SOMEILLON GONZALEZ<br>URB EL PILAR<br>CALLE SAN THOMAS B-13<br>SAN JUAN PR 00926 | US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICES<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 |
| MARILYN VALDES ORTEGA LAW OFFICES<br>PO BOX 195596<br>SAN JUAN PR 00919-5596 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | |
| AES/ USEFG ELT BONY<br>1200 N 7TH ST<br>HARRISBURG PA 17102 | FIRST BANK PUERTO RICO<br>PO BOX 13817<br>SAN JUAN PR 00908-3817 | |
| AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK NJ 07101-1270 | FIRST BANK PUERTO RICO<br>C/O FIA CARD SERVICES<br>PO BOX 15726<br>WILMINGTON DE 19886-5726 | |
| BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN PR 00936-8100 | FIRST STUDENT AID PROGRAM<br>PO BOX 4223<br>IOHWA CITY IA 52244 | |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | HSBC/ COSTCO<br>PO BOX 15521<br>WILMINGTON DE 19805 | |
| BBVA BANCO<br>PO BOX 364745<br>SAN JUAN PR 00936-4745 | MONEY EXPRESS<br>PO BOX 11890<br>SAN JUAN PR 00922-1890 | |
| CITIFINANCIAL<br>1008 AVE AMERICO MIRANDA<br>REPARTO METROPOLITANO SC SUITE 24<br>RIO PIEDRAS PR 00921-2800 | NELNET LOANS<br>PO BOX 17460<br>DENVER CO 80217 | |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN PR 00902 | RHODE ISLAND STUDENT LOAN<br>560 JEFFERSON BV<br>WARWICK RI 02886 | |